## *EX PARTE* HARMON.

(Decided February 12, 1914.)

CERTIORARI to Court of Appeals.

MATHEWS & MATHEWS, and COWART & INGRAM, for appellant. R. C. BRICKELL, Attorney General, for the State.

SOMERVILLE, J.—Certiorari to review judgment and decision of the Court of Appeals in the case of *Harmon v. State,* 8 Ala. App. 311, 62 South. 438. Petition denied.

All the Justices concur.

---

## *EX PARTE* KEY.

(Decided February 12, 1914.)

CERTIORARI to Court of Appeals.

GLENN & DE GRAFFENRIED, for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Certiorari to review judgment and decision of the Court of Appeals in the case of *Key v. State,* 8 Ala. App. 2; 62 South. 335. Petition denied.

MAYFIELD, and SAYRE, JJ., dissent.

---

## *EX PARTE* PRIDE.

(Decided February 5, 1914.)

CERTIORARI to Court of Appeals.

TIDWELL & SAMPLE, for appellant. E. W. GODBEY, for appellee.

ANDERSON, C. J.—Certiorari to Court of Appeals to review the judgment and decision in the case of *Pride v. Commercial U. I. Co. of London, Ltd.,* 9 Ala. App. 334; 63 South. 803. Application for writ denied.

All the Justices concur.